NUMBER
13-01-081-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

DAVID LEE DAUGHERTY,                                                      Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

____________________________________________________________________

 

                        On
appeal from the 359th 
District Court

                              of
Montgomery County, Texas.

____________________________________________________________________

 

                            O P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 

Appellant, DAVID LEE DAUGHERTY, attempted to perfect an
appeal from an order entered by the 359th District Court of Montgomery County, Texas, in cause no. 93-04-00338-CR.  The clerk=s record was received on February 5,
2001.  








Upon review of the clerk=s record, it appeared
that the order from which this appeal was taken was not an appealable
order.  Pursuant to Tex. R. App. P. 42.3, notice of this defect
was given so that steps could be taken to correct the defect, if it could be
done.  Additionally, the parties were
requested to brief the issue of whether this was an appealable order.  The parties= responses were received on May 18, 2001 and May
21, 2001.  

The Court, having considered the documents on file and the parties= responses, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 21st  day of November, 2001.